

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00301-CR

Jack Edward **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 633088
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's final judgment of conviction is affirmed.

SIGNED September 17, 2025.

_____
Irene Rios, Justice